**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Ryan Douglas HORN, Defendant–
Appellant.**

No. 15–2330.

United States Court of Appeals,
Eighth Circuit.

Feb. 16, 2016.

Erin R. Eldridge, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Ryan Douglas Horn, Leavenworth, KS, pro se.

Brian Dean Johnson, Jacobsen & Johnson, Cedar Rapids, IA, for Defendant–Appellant.

Before WOLLMAN, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Ryan Horn directly appeals after he pled guilty to a drug offense and a firearm offense and the district court[1] imposed a within-Guidelines-range sentence. His counsel has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that Horn's sentence is substantively unreasonable.

After careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. David,* 682 F.3d 1074, 1076–77 (8th Cir.2012) (discussing appellate review of sentencing decisions). Furthermore, having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues.

The judgment is affirmed.

---

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.